**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RICHARD J. GIULIANI, SR. AND     : No. 186 MAL 2015
RICHARD J. GIULIANI, JR.     :
    :
    : Petition for Allowance of Appeal from the
v.     : Order of the Superior Court
    :
    :
AQM, INC. AND JOE DEVINE     :
    :
    :
PETITION OF: AQM, INC.     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.